1112

No. 95–7936. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7943. CASTRO-VEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7945. SPRIGGS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–7948. OWENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7949. SHORB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7950. ST. CLAIR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7951. RODRIGUEZ-SOLEL BOTELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7954. BURKE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7965. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7966. RELIFORD v. HODGES, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7967. LANE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7971. MULLENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7972. MILLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7973. MEEKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7975. MAYLES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.